**Appeal Dismissed and Memorandum Opinion filed April 25, 2023.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00788-CV

## CHRISTOPHER A. WEEMS, Appellant

## V.

## GROVE AT SEABROOK, Appellee

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1191017**

## MEMORANDUM OPINION

This appeal is from a final judgment signed October 20, 2022. The clerk's record was filed December 14, 2022. The reporter's record was filed January 9, 2023. No brief was filed.

On March 14, 2023, this court issued an order stating that unless appellant filed a brief on or before April 13, 2023, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Wilson.